Armond M. Jackson, SBN 281547
ajackson@jacksonapc.com
Andrea M. Fernandez-Jackson, SBN 295924
afernandez@jacksonapc.com
**JACKSON LAW**
A Professional Law Corporation
2 Venture Plaza, Ste. 240
Irvine, CA 92618
Phone: (949) 281-6857
Facsimile: (949) 777-6218

Attorneys for Plaintiff MELISSA MAGANA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA MAGANA, as an individual and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZARA USA, INC., a New York corporation, MASSIMO DUTTI USA, INC., a New York corporation and DOES 1-50, inclusive, <br><br> Defendant. | Case No.: 8:18-cv-02249-DOC (ADSx) <br> Assigned for all purposes to: David O. Carter <br><br> **PLAINTIFF'S NOTICE OF SETTLEMENT** |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

**TO THE HONORABLE COURT:**

Per Local Rule 16-15.7, on December 16, 2021 the parties reached a settlement agreement of the pending claims at issue in this matter. Plaintiff is preparing a motion for approval pursuant to the California Private Attorney General Act to be filed with this Court within the next 30 days.

Dated: December 22, 2021                             Jackson Law, APC

                                                                    By:/s/ Andrea Fernandez-Jackson, Plaintiff's

                                                                                        Counsel

**PLAINTIFF'S NOTICE OF SETTLEMENT**
-1

**PROOF OF SERVICE**
STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 Venture Plaza, Ste. 240, Irvine, CA 92618.

On December 22, 2021 referring to the foregoing document described as: **PLAINTIFF'S NOTICE OF SETTLEMENT**
Was served on the interested parties in this action:

| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>ADAM R. ROSENTHAL,<br>12275 El Camino Real, Suite 200<br>San Diego, California 92130-2006<br>Telephone:  650.815.2600<br>Facsimile:   650.815.2601<br>Email: aronsenthal@sheppardmullin.com<br><br>TYLER J. JOHNSON<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1422<br>Telephone:  213.620.1780<br>Facsimile:   213.620.1398<br>tjjohnson@sheppardmullin.com<br><br>AMANDA E. BECKWITH,<br>Four Embarcadero Center, 17rd Floor<br>San Francisco, California 94111-4109<br>Telephone:  415.434.9100<br>Facsimile:   415.434.3947<br>Email: abeckwith@sheppardmullin.com | Attorneys for Defendant<br>ZARA USA, INC. |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on December 22, 2021, at Irvine, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12/22/2021      __Andrea Fernandez-Jackson__      /S/ Andrea M. Fernandez-Jackson
 DATE            (TYPE OR PRINT NAME)     (SIGNATURE OF DECLARANT)

**Proof of Service**